E-FILED
Wednesday, 06 July, 2022 05:03:49 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1



**Travelers Property Casualty Company of America**  <mark>**CyberRisk Tech Application**</mark>

**Claims-Made:** The information requested in this Application is for a Claims-Made policy. If issued, the policy will apply only to claims first made during the policy period, or any applicable extended reporting period.

**Defense Within Limits:** The limits of liability will be reduced, and may be completely exhausted, by amounts paid as defense costs, and any retention will be applied against defense costs. The Insurer will not be liable for the amount of any judgment, settlement, or defense costs incurred after exhaustion of the limit of liability.

## IMPORTANT INSTRUCTIONS

Under this CyberRisk Coverage, affiliates, other than Subsidiaries as defined in this coverage, are not covered unless the Insurer has agreed specifically to schedule such entities by endorsement.

Answer each question on behalf of all entities seeking insurance coverage, unless specifically requested otherwise. An Additional Information section is provided at the end of this Application for the Applicant to include any necessary information that exceeds the space provided.

## GENERAL INFORMATION

Name of Applicant:
International Control Services, Inc

Street Address:
606 West Imboden Drive

| City: | State: | Zip: |
|---|---|---|
| Decatur, | IL | 62521 |

| Applicant Website: | Proposed Effective Date: | Year Established: |
|---|---|---|
| internationalcontrolservices.com | 4/04/22 | 1992 |

## ORGANIZATIONAL AND FINANCIAL INFORMATION

1. Indicate whether the Applicant has any partnerships or joint ventures for which coverage is requested. ☐ Yes ☒ No

   *If Yes, list such entities, along with their connection to the Named Insured, in the Additional Information section at the end of this application. Also list any such entities for which coverage is not requested, and identify where such entities uncovered by the Named Insured have coverage.*

2. List any merger, acquisition, new subsidiary, or divestiture in which the Applicant was involved in the past year. For each transaction, list the date of acquisition or divestiture and whether the Applicant acquired or retained assets or liabilities.
   Not Applicable

3. Indicate whether the Applicant's due diligence for the transactions listed in Question 2 included the following:
   a. Review of prior and pending litigation ☐ Yes ☒ No
   b. Evaluation of all outstanding contracts or service agreements to be included as part of transaction ☐ Yes ☒ No
   c. Analysis of intellectual property rights, including any third-party interest in or liens on these rights ☐ Yes ☒ No
   d. Review of information technology/security policies and procedures including data privacy, back-up, and recovery policies ☒ Yes ☐ No

4. Identify the Applicant's most recent and projected Fiscal Year-End (FYE) revenue*  *Cyber attack*

| Source | Most Recent FYE Revenue | Projected FYE Revenue |
|---|---|---|
| Total United States Revenue | $24,135,658 | $30,000,000 |
| Total Foreign Revenue | $ | $ |
| Total Revenue | $24,135,658 | $30,000,000 |

*Revenue means the gross income of a nonprofit or for-profit entity. Revenue does not include investment income, intra-entity revenue, or returns from overpayment of taxes. Examples of revenue include income sources such as: sales, receipts, fees, commissions, donations, contributions, dues, grants received by nonprofit and membership organizations, and other type of income of nonprofit or for-profit entities.

5. Provide an estimate of the current percentage of revenue for each activity that applies. The total percentage must add up to 100%.

| Activity | Current Percentage of Revenue |
|---|---|
| Information Technology (IT) Outsourcing (including IT staff augmentation, help desk or other maintenance, and support of the systems of others) | % |
| Data Processing Services (other than credit card processing) | % |
| Credit Card Processing Services | % |
| Call Center Services – Inbound and Outbound | % |
| Document Imaging Software Services (including records management or storage) | % |
| Content Development Services (including website, prepackaged or custom software, or mobile applications development) | % |
| Information Systems Disaster Recovery Services or Consulting | % |
| Network Security or Authentication Services, or Information Systems Security Software, Hardware, or Service | % |
| Physical Security Software, Products, or Solutions | % |
| ERP, CRM, Supply Chain, or similar Software and Services (including consulting) | % |
| Internet Service or Access Provider, Telecommunications Services (including wireline, VoIP, and wireless) | % |
| Contract Research Organization (including Clinical Research Organizations) | % |
| Website or Server Hosting for Others (including cloud or software/infrastructure/platform-as-a-service) | % |
| Co-location or Data Center Services | % |
| Design, Manufacture, or Sale of Electronics or Components | 100.00 % |
| Design, Manufacture, or Sale of Medical Products | % |
| Design, Manufacture, or Sale of Process Control Software, Systems, or Components | % |
| Contract Manufacturing for Others | % |
| Marketing Services (including targeted or behavioral marketing, search engine optimization, social media, or sale of third-party data) | % |
| Advertising Services (including campaign development, logo design, branding, or advertising placements for third parties) | % |
| Media Content Aggregation or Publication Services | % |
| Other: *Manufacturing* | *100%* |
| Total: | 100% |

6. Does the Applicant have any products or services entering the market within the next 12 months that are substantially different in scope or end use than current products or services? ☐ Yes ☒ No

   *If Yes, provide information in the Additional Information section at the end of this Application.*

## REQUESTED COVERAGE

| Liability Insuring Agreements | Requested Coverage | Requested Retro Date | Requested Each Wrongful Act Limit | Requested Retention |
|---|---|---|---|---|
| Technology Errors And Omissions | ☐ Yes | | $ | $ |
| Privacy And Security | ☐ Yes | | $ | $ |
| Media | ☐ Yes | | $ | $ |
| Regulatory Proceedings | ☐ Yes | | $ | $ |

| First Party Insuring Agreements | Requested Coverage | | Requested Limit Of Insurance | Requested Retention or Waiting Period |
|---|---|---|---|---|
| Privacy Breach Notification | ☐ Yes | | $ | $ |
| Computer And Legal Experts | ☐ Yes | | $ | $ |

| | | | |
|---|---|---|---|
| Betterment | ☐ Yes | $ | $ |
| Cyber Extortion | ☐ Yes | $ | $ |
| Data Restoration | ☐ Yes | $ | $ |
| Public Relations | ☐ Yes | $ | $ |
| Computer Fraud | ☐ Yes | $ | $ |
| Funds Transfer Fraud | ☐ Yes | $ | $ |
| Social Engineering Fraud | ☐ Yes | $ | $ |
| Telecom Fraud | ☐ Yes | $ | $ |
| Business Interruption | ☒ Yes | $ | 24 hours |
| Business Interruption – System Failure | ☐ Yes | $ | 24 hours |
| Dependent Business Interruption | ☐ Yes | $ | 24 hours |
| Reputation Harm | ☐ Yes | $ | $ |
| Optional Coverages | Requested Coverage | Requested Limit Of Insurance | |
| Payment Card Costs | ☐ Yes | $ | |
| Employed Lawyers (Supplemental Application Required) | ☐ Yes | $ | |
| Vendor Or Client Payment Fraud | ☐ Yes | $ | |
| Dependent Business Interruption – Outsource Provider | ☐ Yes | $ | |

## PERSONNEL POLICIES AND PROCEDURES

7. Does the Applicant train employees in the proper use of email and Internet (including social media accounts), strong password creation, and other security and incident response policies and procedures?    ☒ Yes ☐ No

8. Are all employees responsible for transmitting funds provided anti-fraud training, including training on how to detect business email compromise, phishing, or other similar social engineering scams?    ☒ Yes ☐ No

9. Does the Applicant have a written information security policy that all independent contractors, third-party vendors, and any other person or organization with access to the Applicant's network are required to follow?    ☐ Yes ☒ No
   *If Yes, does the Applicant require review of such policies at least annually?*    ☐ Yes ☐ No ☐ N/A

10. Does the Applicant have an established procedure to terminate all network access and user accounts as part of the standard exit process when any independent contractor, third-party vendor, or employee is terminated from a project?    ☒ Yes ☐ No

11. Indicate whether the Applicant's hiring process requires a full background check for all:
    a. New Employees    ☐ Yes ☒ No
    b. Independent Contractors    ☐ Yes ☐ No  N/A

12. Indicate the percentage of the Applicant's services provided by independent contractors: —— %
    *Provide a detailed explanation of such services in the Additional Information section at the end of this application.*

13. Do independent contractors work under the Applicant's direction?    N/A ☐ Yes ☐ No

14. Does the Applicant require independent contractors to provide proof of professional liability/cyber coverage?    N/A ☐ Yes ☐ No
    *If Yes, does the Applicant require independent contractors to list the Applicant as an Additional Insured?*    ☐ Yes ☐ No ☐ N/A

## TECHNOLOGY ERRORS AND OMISSIONS LIABILITY

☒ *Technology Errors And Omissions is not requested.*

15. Identify the principal markets for the Applicant's products or services (*check all that apply*):
    ☐ Automotive
    ☐ Aviation/Aircraft/Aerospace
    ☒ Education
    ☐ Emergency Services (e.g., 911, fire)
    ☒ Healthcare/Medical
    ☒ Industrial/Factory Automation
    ☐ Media/Advertising
    ☐ Professional Services (e.g., legal, accounting, medical, or other services provided by licensed professionals)

☒ Energy/Utilities
☐ Entertainment/Gaming
☐ Financial Services (including banking, insurance, or investment services)
☐ Government (for military or defense application)
☐ Government (for non-military application)

☐ Retail
☒ Technology Companies
☐ Telecommunication Companies
☐ Other: _____

16. Have any of the Applicant's products, services, or operations been discontinued or recalled within the past year? ☐ Yes ☒ No
    *If Yes, provide details regarding the products, services, or operations that have been discontinued or recalled, including procedures for informing customers, in the Additional Information section at the end of this Application.*

17. Do the Applicant's standard procedures include providing continuing services, support, or other remedy for products or services it discontinues? ☐ Yes ☐ No

## CONTRACT PROCEDURES

18. Does the Applicant require written contracts or agreements with all customers? ☒ Yes ☐ No
    *If No, explain when the Applicant would not require written contracts or agreements:*

19. Does the Applicant require all modifications or mid-term changes to contracts be in made in writing? ☒ Yes ☐ No
    *If No, explain when the Applicant would not require changes to contracts be made in writing:*

20. Indicate whether the Applicant's standard contracts or agreements contain the following provisions:
    a. Scope of Work — ☒ Yes ☐ No
    b. Conditions of Customer Acceptance of Product or Service — ☒ Yes ☐ No
    c. Customer Maintenance Provision — ☒ Yes ☐ No
    d. Disclaimer of Warranties — ☒ Yes ☐ No
    e. Exclusive Remedy — ☐ Yes ☒ No
    f. Integration Clause — ☐ Yes ☒ No
    g. Limitation of Liabilities — ☒ Yes ☐ No
    h. Limitation of Liabilities for Consequential Damages — ☒ Yes ☐ No

21. What percentage of the Applicant's customer contracts or agreements deviate from, and do not contain all of, the Applicant's standard provisions in Question 20 a-h? **20** %

22. Indicate who can approve any variation in standard contract or agreement provisions:
    ☐ In-house counsel  ☒ Other: *President*

23. Does the Applicant ever enter into contracts or agreements with customers where the Applicant accepts liability for consequential damages? ☐ Yes ☒ No
    *If Yes, identify the situations in which the Applicant accepts liability for consequential damages, and how often, in the Additional Information section at the end of this Application.*

24. Does the Applicant ever enter into contracts or agreements with customers that include a provision for liquidated damages? ☐ Yes ☒ No

25. Does the Applicant require written customer sign-off and acceptance at all project milestones, and at completion? ☐ Yes ☒ No

26. Do the Applicant's sales and marketing staff receive training regarding each contractual provision in the Applicant's standard contracts or agreements? ☐ Yes ☒ No

27. Provide the average size of the Applicant's contracts currently in force:
    Length (*average # of months*): **12 – 60**   Average Amount: $ **100,000**

28. Identify the Applicant's three largest contracts, projects, or licensing agreements (determined by percent of total revenues):

| Customer (Type or Name) | Length (Average # of months) | Average Amount | Service Provided |
|---|---|---|---|
|  |  | $ |  |
|  |  | $ |  |
|  |  | $ |  |

## PRODUCT DEVELOPMENT/QUALITY CONTROL

29. Does the Applicant have a written system development methodology or quality control procedure? ☐ Yes ☐ No

30. Indicate whether the Applicant's quality control procedures include: **N/A**
    a. Pre-release testing for malicious code or other security flaws ☐ Yes ☐ No
    b. Vendor certification process ☑ Yes ☐ No
    c. Prototype development guidelines ☑ Yes ☐ No
    d. Formal customer acceptance upon delivery or completion of the Applicant's product or services ☑ Yes ☐ No

31. Does the Applicant have a post-project evaluation or review procedure in place? ☑ Yes ☐ No
    If No, identify the Applicant's procedure for evaluating customer satisfaction with product or service in the Additional Information section at the end of this Application.

32. Does the Applicant have a formal policy in place for handling customer complaints or requests for changes or fixes that includes retention of all customer complaints or requests? ☑ Yes ☐ No

33. Does the Applicant have an escalation process in place to resolve all customer complaints or requests? ☑ Yes ☐ No

34. Does the Applicant have a written dispute resolution policy? ☐ Yes ☑ No
    If Yes, attach a copy or explain the policy in the Additional Information section at the end of this Application.

35. Within the past five years, have the Applicant or its independent contractors experienced any project delays or past due contract issues with any customer? ☑ Yes ☐ No
    If Yes, provide details, including the policy for handling such, in the Additional Information section at the end of this Application.

## PRIVACY AND SECURITY LIABILITY

**Parts Supply Chain Issues.**

☐ Privacy And Security Liability is not requested.

36. Does the Applicant collect, receive, process, transmit, or maintain private, sensitive, or confidential information from third parties (i.e., customers, patients, consumers) as part of its business activities? ☑ Yes ☐ No
    If Yes, indicate what type (check all that apply):
    ☐ Credit or Debit Card Data     ☑ Intellectual Property of Others
    ☐ Medical Information or Health Records     ☑ Employee/HR Information
    ☐ Bank Accounts and Records     ☐ General Customer Information (e.g., email, user ID, password)
    ☐ Social Security Numbers     ☐ Children's Information (subject to COPPA)
    ☐ Other:

37. At any one time, approximately how many individual records containing one or more items listed in Question 36 does the Applicant have stored?
    ☑ <500,000     ☐ 500,001-1,000,000     ☐ 1,000,001-5,000,000     ☐ 5,000,001-10,000,000     ☐ >10,000,001

38. Indicate whether the Applicant outsources any:
    a. Web Hosting/Data Center Operations ☐ Yes ☑ No
    b. Data/Transaction Processing ☐ Yes ☑ No
    c. Network Security ☐ Yes ☑ No
    d. Customer Service ☐ Yes ☑ No
    If requesting Dependent Business Interruption coverage, list all IT or outsource providers, along with the service that such providers provide for the Applicant, in the Additional Information section at the end of this Application.

39. Indicate whether the Applicant's contracts with its IT or outsource providers: **NA**
    a. Provide the Applicant with indemnification for provider misconduct, errors, omissions, and negligence ☐ Yes ☐ No
    b. Identify the provider's responsibilities for safeguarding customer and confidential information ☐ Yes ☐ No
    c. Identify the security measures the provider will provide or follow ☐ Yes ☐ No

40. Does the Applicant have formal procedures for reviewing IT or outsource providers' security practices? ☐ Yes ☐ No

## INFORMATION SECURITY PROGRAM

41. Provide the name and title of the person responsible for the Applicant's network and information security: **Bill Zimmerman / Dennis Espinoza**

42. Does the Applicant have a comprehensive written information security program? ☐ Yes ☐ No

43. Does the Applicant have written procedures governing how it makes changes to its information security components or programs? ☐ Yes ☐ No

44. Does the Applicant have a company policy or procedure for secure care, handling, and storage of private, sensitive, or confidential information on portable communication devices (e.g., laptops, tablets, or smartphones)? **N/A** ☐ Yes ☐ No

45. Is remote access for portable communication devices restricted to Virtual Private Networks (VPNs)? ☐ Yes ☑ No

46. Does the Applicant have a written privacy policy? ☑ Yes ☐ No
    If Yes:
    a. Does it specify the specific data the Applicant collects, and how the Applicant or others use such data? ☐ Yes ☑ No
    b. Does it identify if the Applicant shares or sells any user/customer data with other parties? ☐ Yes ☑ No
    c. Does it specify how the Applicant's users/customers can opt in or opt out regarding privacy? ☐ Yes ☑ No
    d. Does it specify how the Applicant's user/customer information is secured? ☐ Yes ☑ No
    e. Is it publicly available on the Applicant's website? ☐ Yes ☐ No ☑ N/A
    f. How often does the Applicant review and update its privacy policy?
       ☐ Annually  ☐ Biannually  ☑ Other: **when needed**
    g. How often does the Applicant perform audits to ensure compliance?
       ☐ Annually  ☐ Biannually  ☑ Other: **when needed**

47. If applicable, is the Applicant currently compliant with the Payment Card Industry Data Security Standard (PCI-DSS)? ☐ Yes ☐ No ☑ N/A
    If Yes, provide the number of:
    a. Annual credit card transactions:
    b. Merchant Service Agreements the Applicant is subject to:

48. If applicable, is the Applicant currently HIPAA compliant? ☐ Yes ☐ No ☑ N/A

49. If the Applicant answered Yes to Question 47 or 48, has the Applicant successfully completed an annual cycle of compliance for each framework? ☐ Yes ☐ No ☑ N/A

50. Is user-specific, private, sensitive, or confidential information stored on the Applicant's servers encrypted? ☐ Yes ☑ No
    If Yes, indicate if data is encrypted:
    a. At rest ☐ Yes ☐ No ☑ N/A
    b. In transit ☐ Yes ☐ No ☑ N/A

51. Is the responsibility for the secure care, handling, and storage of private, sensitive, or confidential information of others addressed in the Applicant's contracts with its customers? ☐ Yes ☑ No

CYB-14105 Ed. 06-20
© 2020 The Travelers Indemnity Company. All rights reserved.
Page 6 of 10

52. Is the responsibility for the secure care, handling, and storage of private, sensitive, or confidential information of others addressed in the Applicant's contracts with its subcontractors, independent contractors, or third-party vendors who may have access to or use such information? N/A ☐ Yes ☐ No

    If Yes, indicate if such contracts:
    a. Include that third-party vendors are responsible for end of lifecycle document destruction ☐ Yes ☐ No ☐ N/A
    b. Include third-party custodians, such as housekeeping, maintenance, or others who may regularly have access to the Applicant's premises ☐ Yes ☐ No ☐ N/A

53. Does the Applicant have a data segmentation program that separates data by sensitivity levels? ☐ Yes ☑ No

54. Does the Applicant run antivirus software across all components of its network, including mobile devices? ☑ Yes ☐ No

55. Indicate whether the Applicant maintains network logs and generates execution reports to monitor:
    a. Unacceptable or restricted transactions ☑ Yes ☐ No
    b. Correcting or reversing entries ☑ Yes ☐ No
    c. Unsuccessful attempts to access restricted information on the site ☑ Yes ☐ No

56. Identify who provides or maintains the following safeguards:
    a. Intrusion detection software — ☑ Applicant ☐ Vendor ☐ N/A
    b. Vulnerability or penetration testing — ☑ Applicant ☐ Vendor ☐ N/A
    c. Backup and recovery processes — ☑ Applicant ☐ Vendor ☐ N/A

57. Does the Applicant have a process in place to ensure all antivirus protection, software updates/patches, and equipment security settings are properly installed in a timely manner? ☑ Yes ☐ No

58. Does the Applicant have regular policies and procedures for identifying computer system vulnerabilities and obtaining remedial software patches? ☑ Yes ☐ No

59. Does the Applicant have a firewall installed and configured (hardened) to protect its network? ☑ Yes ☐ No
    If Yes, is there a firewall administrator accountable for maintaining this firewall? ☑ Yes ☐ No ☑ N/A

60. Indicate whether the Applicant requires multi-factor authentication for:
    a. Administrative or privileged access ☑ Yes ☐ No ☐ N/A
    b. Remote access to its network by its employees and third parties ☐ Yes ☐ No ☑ N/A

61. Has the Applicant contracted an outside party to perform an audit or assessment of its network and information security processes and practices? ☐ Yes ☑ No

    If Yes, identify what type of audit or assessment was performed, what vulnerabilities were identified (if any), and how those vulnerabilities were addressed in the Additional Information section at the end of this Application.

62. Does the Insured have a written policy for document retention, along with end of lifecycle destruction, that includes paper and electronic records? ☑ Yes ☐ No
    If Yes, does the Applicant use a third-party vendor? ☑ Yes ☐ No ☐ N/A

63. With respect to the Applicant's network and computer systems, indicate whether the Applicant has (check all that apply):
    ☐ A secondary/backup computer system    ☑ A Business Continuity Plan
    ☑ A disaster Recovery Plan              ☑ An Incident Response plan for network intrusions and virus incidents

    If Yes to any of the above, how often are such plans tested? 3 yrs.

    If a secondary/backup system is in place, how long before such system becomes operational? _____

64. If the Applicant has a Business Continuity Plan for its computer systems, does such plan address a disruption to an IT or outsource provider? ☐ Yes ☐ No ☑ N/A

## MEDIA LIABILITY

☑ Media Liability is not requested.

65. Indicate whether the Applicant's business activities include, or its website contains, disseminates, or allows (check all that apply):
    ☐ Publishing of original works
    ☐ Publishing or dissemination of third-party, user-generated content
    ☐ Music or video downloads, including peer to peer (P2P) file sharing

66. Indicate whether the Applicant's intellectual property clearance policy includes:
    a. A comprehensive written program for managing intellectual property rights ☐ Yes ☐ No
    b. Legal review of all content, including software code, prior to release or dissemination ☐ Yes ☐ No
    c. Intellectual property searches by an outside law firm ☐ Yes ☐ No
    d. Intellectual property searches by an internal legal department ☐ Yes ☐ No
    e. Acquisition of all necessary rights, licenses, or consents of content used ☐ Yes ☐ No
    f. Internal audit of each operating department to ensure that intellectual property rights are being properly secured and the Applicant's established procedures are being followed ☐ Yes ☐ No
    g. Agreements with outside developers or consultants that include provisions granting the Applicant ownership of the intellectual property rights and business methods incorporated into any work for hire, performed by the Applicant or on its behalf ☐ Yes ☐ No
    h. Requirements that employees and independent contractors sign a statement that they will not use previous employers' or clients' trade secrets or other intellectual property ☐ Yes ☐ No
    i. Obtaining written permission of any website the Applicant links to or frames ☐ Yes ☐ No
    j. Formal training for employees regarding the Applicant's policies for managing intellectual property ☐ Yes ☐ No

67. Does the Applicant use the material of others (e.g., text, video, graphics, photos, or music) in its websites or in other material printed, broadcast, published, or distributed by the Applicant or by someone on its behalf? ☐ Yes ☐ No

68. Does the Applicant hire outside website developers or consultants to provide work for the Applicant, or on its behalf, including development of content? ☐ Yes ☐ No
    If yes, do the Applicant's agreements with the outside developers or consultants include provisions granting the Applicant ownership of the intellectual property rights and business methods incorporated into any work for hire performed by the Applicant, or on its behalf? ☐ Yes ☐ No ☐ N/A

69. Does the Applicant have a formal procedure for editing or removing controversial, offensive, or infringing material from material distributed, broadcast, or published by the Applicant, or on its behalf? ☐ Yes ☐ No

70. Has the Applicant received notification that any of its materials, products, or services infringe on the intellectual property rights of another party? ☐ Yes ☐ No
    If Yes, provide details in the Additional Information section at the end of this Application.

71. Does the Applicant have a formal procedure for responding to allegations that content created, displayed, or published is libelous, infringing, or in violation of a third party's privacy rights? ☐ Yes ☐ No

## FIRST PARTY INSURING AGREEMENTS

☐ First Party Coverage is not requested.

72. Does the Applicant have a written data breach incident response plan in place? ☐ Yes ☑ No

73. Has the Applicant contracted with outside vendors (e.g., forensics, legal services, public relations) and prearranged services to assist in the event that the Applicant needs to execute its data breach incident response plan? ☑ Yes ☐ No

74. Does the Applicant have an alternative means of transacting business in the event of a network or website outage? ☑ Yes ☐ No

75. Within the past five years, has the Applicant experienced a network or website outage as a result of a computer system disruption? ☑ Yes ☐ No

76. Has the Applicant ever been the subject of a ransomware attack? ☑ Yes ☐ No
    If Yes, explain in the Additional Information section at the end of this Application. Cyber

77. Has the Applicant ever been the subject of any other type of cyber extortion attack? ☐ Yes ☐ No
    If Yes, explain in the Additional Information section at the end of this Application.

78. Has the Applicant sustained a network outage in the past 12 months that lasted over 24 hours? ☐ Yes ☑ No
    If Yes, explain in the Additional Information section at the end of this Application.

79. When a vendor or supplier requests changes to account details, including routing numbers, account numbers, telephone numbers, or contact information, indicate whether the Applicant:
    a. Requires confirmation of the requested changes by a method other than what is contained in the request ☑ Yes ☐ No
    b. Requires all such requests be reviewed by a supervisor or next-level approver prior to making any changes ☐ Yes ☑ No
80. Is dual authorization required for all wire transfers? ☐ Yes ☑ No
81. Provide the average daily dollar volume of electronic funds transfers: $ _____
82. Has the Applicant discovered any telecommunications theft or been contacted by any long-distance carrier regarding possible abuse of the Applicant's telecommunication system within the past five years? ☐ Yes ☑ No
83. Does each location or system have the Call Detail Recording (CDR) feature? ☐ Yes ☑ No
    If Yes, how often is this information reviewed? _____

## LOSS INFORMATION

*If the answer to any question below is Yes, provide details in the Additional Information section at the end of this Application.*

84. Has the Applicant ever received any complaint concerning the products or services provided by the Applicant, or independent contractors working on the Applicant's behalf? ☑ Yes ☐ No
85. Within the past five years, has the Applicant sued any customers for nonpayment of fees? ☐ Yes ☑ No
86. Within the past five years, has the Applicant sustained any network intrusion, virus attack, hacking incident, data theft, or similar event? ☑ Yes ☐ No
87. Within the past five years, has the Applicant notified customers or employees that their private, sensitive, or confidential information may have been compromised? ☑ Yes ☑ No
88. Within the past five years, has the Applicant received any notification that any of its material, content, products, or services infringe on the intellectual property rights of another party? ☐ Yes ☑ No
89. Does the Applicant, any of its directors, officers, employees, or any other person or entity proposed for this insurance have any knowledge or information of any fact, circumstance, or incident that resulted in a dispute or claim, or may reasonably be expected to result in a claim, against the Applicant or its subsidiaries? ☐ Yes ☑ No

## REQUIRED ATTACHMENTS

As part of this Application, please provide copies of the documents listed below. Such documents are made a part of this Application; the Insurer may elect to obtain requested information from public sources, including the Internet.
- The Applicant's standard contracts and licensing agreements.
- The Applicant's most recent audited or annual financial statements.
- Updated loss runs for the past five years (*not required for any policy period in which we provided this insurance*).

## NOTICE REGARDING COMPENSATION

For information about how Travelers compensates independent agents, brokers, or other insurance producers, please visit this website: http://www.travelers.com/w3c/legal/Producer_Compensation_Disclosure.html

If you prefer, you can call the following toll-free number: 1-866-904-8348. Or you can write to us at Travelers, Agency Compensation, One Tower Square, Hartford, CT 06183.

## FRAUD STATEMENTS – ATTENTION APPLICANTS IN THE FOLLOWING JURISDICTIONS

**ALABAMA, ARKANSAS, DISTRICT OF COLUMBIA, MARYLAND, NEW MEXICO, AND RHODE ISLAND:** Any person who knowingly (or willfully in MD) presents a false or fraudulent claim for payment of a loss or benefit or who knowingly (or willfully in MD) presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**COLORADO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company to defraud or attempt to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant to defraud or attempt to defraud the policyholder or claimant regarding a settlement or award payable from insurance proceeds will be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**FLORIDA:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**KENTUCKY, NEW JERSEY, NEW YORK, OHIO, AND PENNSYLVANIA:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. (In New York, the civil penalty is not to exceed five thousand dollars ($5,000) and the stated value of the claim for each such violation.)

**LOUISIANA, MAINE, TENNESSEE, VIRGINIA, AND WASHINGTON:** It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company to defraud the company. Penalties include imprisonment, fines, and denial of insurance benefits.

**OREGON:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison.

**PUERTO RICO:** Any person who knowingly and intending to defraud presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, will incur a felony and, upon conviction, will be sanctioned for each violation with the penalty of a fine of not less than $5,000 and not over $10,000, or a fixed term of imprisonment for three years, or both penalties. Should aggravating circumstances be present, the penalty established may be increased to a maximum of five years; if extenuating circumstances are present, it may be reduced to a minimum of two years.

## SIGNATURES

The undersigned Authorized Representative represents that to the best of his or her knowledge and belief, and after reasonable inquiry, the statements provided in response to this Application are true and complete, and, except in NC, may be relied upon by Travelers as the basis for providing insurance. The Applicant will notify Travelers of any material changes to the information provided.

☐ Electronic Signature and Acceptance – Authorized Representative*

*If electronically submitting this document, electronically sign this form by checking the Electronic Signature and Acceptance box above. By doing so, the Applicant agrees that use of a key pad, mouse, or other device to check the Electronic Signature and Acceptance box constitutes acceptance and agreement as if signed in writing and has the same force and effect as a signature affixed by hand.

| Authorized Representative Signature: X [signature] | Authorized Representative Name, Title, and email address: President despinoza@icsems.com | Date (month/dd/yyyy): 3/31/22 |
|---|---|---|
| Producer Name (required in FL & IA): X [signature] | State Producer License No (required in FL): | Date (month/dd/yyyy): |
| Agency: | Agency contact and email address: | Agency Phone Number: |

## ADDITIONAL INFORMATION