# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| INTERNATIONAL CONTROL SERVICES, INC. | ) ) | |
| Defendant. | ) ) | |

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S LOCAL RULE 11.3 CERTIFICATE OF INTEREST AND FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Travelers Property Casualty Company of America, Plaintiff, furnishes the following in compliance with Rule 11.3 of this court and Rule 7.1 of the Federal Rules of Civil Procedure:

1. Travelers Property Casualty Company of America is the only party the undersigned attorney represents in this case.

2. Travelers Property Casualty Company of America is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

3. Aronberg Goldgehn Davis & Garmisa is the only law firm whose members or associates are expected to appear for Plaintiff in this case.

>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
>
> By: */s/ Christopher J. Bannon*
> Christopher J. Bannon (ARDC # 6196298)
> Aronberg Goldgehn Davis & Garmisa
> 330 N. Wabash Ave., Suite 1700
> Chicago, IL 60611
> (ph.) (312) 755-3175
> (fax) (312) 222-6375
> cbannon@adglaw.com
>
> *Attorney for Travelers Property Casualty Company of America*

4856-3622-1991, v. 1