E-FILED
Friday, 26 August, 2022   09:44:59 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL CONTROL SERVICES, INC., | Case No. 2:2022-cv-02145-CSB-EIL |

### MOTION FOR RESCISSION AND DISMISSAL

Plaintiff Travelers Property Casualty Company of America ("Travelers"), pursuant to stipulation with Defendant International Control Services, Inc. ("ICS") (collectively, the "Parties"), moves the Court for entry of an Order of Rescission and Dismissal. In support of this motion, Travelers states as follows:

　　　1.　　In this action, Travelers seeks rescission of the Travelers CyberRisk Tech insurance policy, No. ZPL-71N49757-22-I3, originally to be effective April 4, 2022 to April 4, 2023 that is the subject of this action (the "Policy").

　　　2.　　ICS has been served with Summons and Complaint in this action and, as evidenced by the Stipulation attached to this Motion as Exhibit 1, the Parties have stipulated that no insurance coverage shall be available to any person or entity under the Policy for past, present, and future claims, suits, loss, costs, or expenses of any kind whatsoever. (Ex. 1, ¶ 3).

　　　3.　　Pursuant to the Parties' Stipulation, the Parties further stipulate and agree to entry of an Order pursuant to which the Court rescinds the Policy and declares it null and void, from its inception. (Ex. 1, ¶4)

4. Pursuant to the Parties' Stipulation, the Parties further stipulate and agree to entry of an Order dismissing this action, with prejudice, with each party bearing its own fees and costs. (Ex. 1, ¶5).

5. Travelers submits the attached Proposed Order for Rescission and Dismissal for the Court's convenience. (Proposed Order, attached to this Motion as Exhibit 2).

WHEREFORE, Plaintiff Travelers Property Casualty Company of America respectfully moves the Court for entry of an Order rescinding the Policy and dismissing this action, with prejudice.

Dated: August 26, 2022

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

By: /s/ Christopher J. Bannon
Christopher J. Bannon. Esq.
Samuel R. Leist
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 1700
Chicago, Illinois 60611
Telephone: (312)-755-3175
Facsimile: (312)-222-6375
E-Mail : cbannon@agdglaw.com
E-Mail : sleist@agdglaw.com

*Attorneys for Plaintiff Travelers Property Casualty Company of America*

4875-0315-7290, v. 1

## CERTIFICATE OF SERVICE

     I certify that a copy of Travelers Property Casualty Company of America's Motion for Rescission and Dismissal was served upon the following via the Court's electronic filing system and electronic mail on August 26, 2022:

Dennis Espinoza
International Control Services, Inc.
606 West Imboden Drive
Decatur, IL  62521
(217) 422-6700
despinoza@icsems.com

                                              */s/ Christopher J. Bannon*
                                              Christopher J. Bannon
                                              Attorney for Plaintiff Travelers Property Casualty Company of America

4890-0762-2448, v. 1