**Exhibit 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL CONTROL SERVICES, INC.,<br><br>  Defendant. | Case No. 2:2022-cv-02145-CSB-EIL |

## STIPULATION FOR RESCISSION AND DISMISSAL

The undersigned parties, Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendant International Control Services ("ICS") , hereby stipulate and agree as follows:

1. Travelers issued to ICS a Travelers CyberRisk Tech insurance policy, No. ZPL-71N49757-22-I3, originally to be effective April 4, 2022 to April 4, 2023 (the "Policy").

2. Travelers asserts in this action that in applying for the Policy, ICS made incorrect statements on which Travelers relied in issuing the Policy.

3. The Parties stipulate and agree that no insurance coverage shall be available to any person or entity under the Policy for past, present, and future claims, suits, loss, costs, or expenses of any kind whatsoever.

4. The Parties stipulate and agree to the entry of an order pursuant to which the Court rescinds the Policy and declares it null and void, from its inception.

5. The Parties further agree and stipulate to the entry of an order pursuant to which the Court dismisses this action, including all claims, counterclaims and cross-claims, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 25, 2022

SO STIPULATED AND AGREED.

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | INTERNATIONAL CONTROL SERVICES, INC. |
|---|---|
| By: s/ Christopher J. Bannon<br>Christopher J. Bannon, Esq.<br>Samuel R. Leist<br>Aronberg Goldgehn Davis & Garmisa<br>330 North Wabash, Suite 1700<br>Chicago, Illinois 60611<br>Telephone: (312)-755-3175<br>Facsimile: (312)-222-6375<br>E-Mail: cbannon@agdglaw.com<br>E-Mail: sleist@agdglaw.com | By: s/ Dennis Espinoza<br>(Name & Title) Dennis Espinoza, President<br>International Control Services, Inc.<br>606 West Imboden Drive<br>Decatur, IL 62521<br>Telephone: 217-422-6700<br>Facsimile: 217-233-0415 |

*Attorneys for Plaintiff Travelers Property Casualty Company of America*

4893-2940-0621, v. 1