**Exhibit 2**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL CONTROL SERVICES, INC., | Case No. 2:2022-cv-02145-CSB-EIL |

## ORDER FOR RESCISSION AND DISMISSAL

THIS CAUSE COMING TO BE HEARD on the motion of Plaintiff Travelers Property Casualty Company of America, pursuant to the stipulation and agreement of Defendant International Control Services, Inc.,

The Parties having stipulated to the following facts, THE COURT FINDS:

A. Travelers issued to ICS a Travelers CyberRisk Tech insurance policy, No. ZPL-71N49757-22-I3, originally to be effective April 4, 2022 to April 4, 2023 (the "Policy").

B. Travelers asserts in this action that in applying for the Policy, ICS made incorrect statements on which Travelers relied in issuing the Policy.

C. The Parties have stipulated and agreed that no insurance coverage shall be available to any person or entity under the Policy for past, present, and future claims, suits, loss, costs, or expenses of any kind whatsoever.

D. The Parties have stipulated and agreed to the entry of an order pursuant to which the Court rescinds the Policy and declares it null and void, from its inception.

IT IS THERFORE ORDERED:

1. The Travelers Property Casualty Company of America CyberRisk Tech insurance policy, No. ZPL-71N49757-22-I3, originally to be effective April 4, 2022 to April 4, 2023 (the "Policy"), is hereby rescinded and declared null and void, from its inception.

2. This matter is dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

Dated: _____, 2022

                                SO ORDERED.

                                _____
                                Hon. Colin S. Bruce
                                United States District Judge

4827-5184-0929, v. 2