UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-CV-2145 |
| **INTERNATIONAL CONTROL SERVICES, INC.,** | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, Travelers Property Casualty Company of America ("Travelers"), has filed an agreed Motion for Rescission and Dismissal (#4), indicating that it and Defendant, International Control Services, Inc. ("ICS"), stipulate and agree to the entry of an order rescinding the insurance policy in question and declaring it void from its inception. The parties having stipulated to the following facts, the court finds:

(a) Travelers issued to ICS a Travelers CyberRisk Tech insurance policy, No. ZPL-71N49757-22-I3, originally to be effective April 4, 2022, to April 4, 2023 ("the Policy").

(b) Travelers asserts in this action that in applying for the Policy, ICS made incorrect statements on which Travelers relied in issuing the Policy.

(c) The parties have stipulated and agreed that no insurance coverage shall be available to any person or entity under the Policy for past, present, and future claims, suits, loss, costs, or expenses of any kind whatsoever.

(d) The parties have stipulated and agreed to the entry of an order pursuant to which the court rescinds the Policy and declares it null and void from its inception.

IT IS THEREFORE ORDERED THAT:

(1) The Travelers Property Casualty Company of America CyberRisk Tech insurance policy, No. ZPL-71N49757-22-I3, originally to be effective April 4, 2022, to April 4, 2023 ("the Policy"), is hereby rescinded and declared null and void from its inception.

(2) This matter is dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

(3) Plaintiff's Motion (#4) is GRANTED.

(4) This case is terminated.

ENTERED this 30th day of August, 2022.

s/Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE